**IN THE UNITED STATES DISTRICT COURT**
**FOR THE MIDDLE DISTRICT OF PENNSYLVANIA**

MAXIMO REYES,

    Petitioner,

       v.

WILLIAM SCISM,

    Respondent.

NO. 3:10-CV-1835

(JUDGE CAPUTO)

## ORDER

**NOW**, this 6th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Petitioner Maximo Reyes' Appeal is **CERTIFIED** as not taken in good faith

pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24.

(2) Petitioner Maximo Reyes' Motion for Leave to Appeal *In Forma Pauperis*

(Doc. 27) is **DENIED**.

                  /s/ A. Richard Caputo
                  A. Richard Caputo
                  United States District Judge