IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| MAXIMO REYES, | |
| Petitioner, | NO. 3:10-CV-1835 |
| v. | (JUDGE CAPUTO) |
| WILLIAM SCISM, | |
| Respondent. | |

## ORDER

**NOW**, this 6th day of March, 2012, **IT IS HEREBY ORDERED** that:

(1) Petitioner Maximo Reyes' Appeal is **CERTIFIED** as not taken in good faith pursuant to 28 U.S.C. § 1915(a)(3) and Fed. R. App. P. 24.

(2) Petitioner Maximo Reyes' Motion for Leave to Appeal *In Forma Pauperis* (Doc. 27) is **DENIED**.

                                             /s/ A. Richard Caputo
                                             A. Richard Caputo
                                             United States District Judge